

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-22-00111-CR
_____

GREGORY SHAWN PENNYMAN, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 4th District Court
Rusk County, Texas
Trial Court No. CR21-201

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice van Cleef

## MEMORANDUM OPINION

Appellant Gregory Shawn Pennyman has filed a motion to dismiss this appeal.  The motion was signed by both Pennyman and his appellate counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure.  *See* TEX. R. APP. P. 42.2(a).  As authorized by Rule 42.2(a), we grant the motion.  *See id.*

Accordingly, we dismiss this appeal.

Charles van Cleef
Justice

Date Submitted:     February 13, 2023
Date Decided:       February 14, 2023

Do Not Publish

2